1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\* \* \***

7  VALENCIA MANAGEMENT LLC
8  SERIES 8,

   Plaintiff(s),
9
10  v.

11  BANK OF AMERICA, N.A., et al.,

12   Defendant(s).

Case No. 2:22-CV-1828 JCM (EJY)

ORDER

13
14      Presently before the court is plaintiff Valencia Management LLC's ("plaintiff")
15  emergency motion for a preliminary injunction. Also before the court is Bank of America,
16  N.A.'s ("defendant") emergency motion to dissolve temporary restraining order and expunge lis
17  pendens. This court conducted an emergency hearing on November 8, 2022. Present before the
18  court were Scott Lachman, Esq. on behalf of defendant and Aimee Clark Newberry, Esq. on
19  behalf of plaintiff.

20      Considering the parties' briefings and oral argument, the court finds plaintiff is not likely
21  to succeed on the merits, plaintiff will not be irreparably harmed without injunctive relief,
22  plaintiff's potential harm does not outweigh defendant's, and public policy does not favor
23  injunctive relief. The court further finds a lis pendens will significantly reduce the value of the
24  property at a foreclosure.

25      Accordingly,

26      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's emergency
27  motion for a preliminary injunction be, and the same hereby is, DENIED.

28

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's emergency motion to dissolve the temporary restraining order and expunge the lis pendens be, and the same hereby is, GRANTED.

DATED November 8, 2022.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge